IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DEWAYNE LEWIS DUDLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) No. CIV-23-687-R |
| | ) |
| **LSCI Butner, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered December 29, 2023. [Doc. 28]. Objections to the Report and Recommendation were due by January 19, 2024. Though Plaintiff has filed items with the Court in the intervening time, Plaintiff did not object to the Report and Recommendation or seek an extension of time in which to object. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety. Plaintiff's Complaint is transferred to the United States District Court for the Eastern District of North Carolina pursuant to 28 U.S.C. § 1404(a).

**IT IS SO ORDERED** this 23rd day of January 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE